

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2021

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   Re: **United States** v. **Hector Rivera**, 15 Cr. 722 (PAE)

Dear Judge Engelmayer:

  Under the Court's order of October 12, 2021, the Government' response to Hector Rivera's motion under 28 U.S.C. § 2255 is currently due on December 11, 2021. In order to accommodate the personal and professional obligations of Government counsel, the Government respectfully requests that this deadline be extended to December 31, 2021. This is the Government's first request for an extension.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

          By:  /s/
            Scott Hartman
            Jordan Estes
            Assistant United States Attorneys
            (212) 637-2357

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 66.

12/7/2021

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge