UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-                                                    15-CR-722 (PAE)

HECTOR RIVERA,                                         ORDER

                Defendant.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

On February 1, 2022, the Court received a motion from Hector Rivera for extension of time to file a reply to the Government's response to his motion to vacate his conviction under 28 U.S.C. § 2255. 21 Civ. 8214, Dkt. 6. The motion is granted. Rivera's reply is due March 1, 2022. The Clerk of the Court is respectfully directed to close the motion pending at 21 Civ. 8214, Dkt. 6.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 2, 2022
      New York, New York